**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

COLPO CALDO, LLC, a Nevada limited liability company,

Plaintiff,

v.

RONALD TRUNK; LYNN McMAHON; RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006; UNITED STATES OF AMERICA, acting through the Farm Service Agency, United States Department of Agriculture; JESSICA O'CONNELL; and Any and All Other Persons Known or Unknown Claiming Any Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Interest or Any Cloud Upon Plaintiff's Interest Thereto; and DOES I through X, inclusive,

Defendants.

Case No.: 3.18-cv-289-LRH-WGC

**ORDER**

This matter came before the Court for a continued Case Management Conference on December 10, 2018. Based on the discussion and agreement of the parties, and for good cause, it shall be and is hereby ordered as follows:

Plaintiff's counsel may proceed with his request to obtain Lynn McMahon's Certificate of Death from the Nevada Office of Vital Records and Statistics, for the purpose of recording the Affidavit of Death of Joint Tenant pursuant to NRS 111.365 in relation to the above encaptioned case.

IT IS SO ORDERED.

Dated this 11th day of December 2018.

_____
U.S. MAGISTRATE JUDGE

I:\Client Files\Litigation\Colpo Caldo, LLC\Pldgs\Order.doc

-1-