UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| COLPO CALDO, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>RONALD TRUNK, *et al.*,<br><br>　　　　　　　　　Defendant. | Case No. 3:18-cv-00289-LRH-WGC<br><br>MINUTE ORDER<br><br>March 10, 2020 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING       REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

　　On April 22, 2019, counsel for plaintiff filed a notice of automatic bankruptcy stay (ECF No. 38) in which they notified the court of defendant Trunk's voluntary Chapter 13 bankruptcy petition filing.

　　It appearing that there is no purpose in requiring status reports from counsel until the Chapter 13 bankruptcy proceedings are concluded, or upon the occurrence of any other development, and good cause appearing,

　　For the convenience of the parties and the court's administrative purposes, this case will now be closed administratively.  The closing of this case administratively has no substantive effect on the status of the case, which remains pending for all substantive purposes.  The case will be reopened administratively when any of the parties request reopening or notify the court of the conclusion of the Chapter 13 bankruptcy proceedings. At that time, an updated joint status report shall be filed with the request to reopen.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　By:　　　　　/s/　　　　　

　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk