# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLPO CALDO, LLC, a Nevada limited liability company,<br><br>                      Plaintiff,<br><br>v.<br><br>RONALD TRUNK; LYNN McMAHON; RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006; UNITED STATES OF AMERICA, acting through the Farm Service Agency, United States Department of Agriculture; and Any and All Other Persons Known or Unknown Claiming Any Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Interest or Any Cloud Upon Plaintiff's Interest Thereto; and DOES I through X, inclusive,<br><br>                      Defendants. | 3:18-cv-289-LRH-WGC<br><br>**ORDER GRANTING STIPULATION TO DISMISS SECOND CLAIM FOR RELIEF WITHOUT PREJUDICE** |

       COMES NOW Plaintiff, COLPO CALDO, LLC, by and through its counsel of record, Matuska Law Offices, Ltd., Michael L. Matuska, Esq., and the United States of America, acting through the Farm Service Agency (hereafter, FSA), by and through its counsel of record, Walsh Baker & Rosevear, James M. Walsh, Esq. and Christopher Chiou, Esq., Acting U.S. Attorney, and do hereby state stipulate and agree as follows:

       1.     That the Second Claim for Relief (Civil Conspiracy) alleged in COLPO CALDO, LLC's Complaint against Ronald Trunk and Lynne McMahon shall be and is hereby dismissed without prejudice.

DATED: October 12, 2021

MATUSKA LAW OFFICES, LTD.

By: /s/ MICHAEL L. MATUSKA
    MICHAEL L. MATUSKA, ESQ.
    Attorney for Plaintiffs

DATED: October 12, 2021

WALSH BAKER & ROSEVEAR

By: /s/ JAMES M. WALSH
    JAMES M. WALSH, ESQ.
    Attorneys for Farm Service Agency

DATED: October 12, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

By: /s/ CHRISTOPHER CHIOU
    CHRISTOPHER CHIOU, ESQ.
    Acting United States Attorney
    Attorneys for Farm Service Agency

## ORDER

IT IS HEREBY ORDERED that the Second Claim for Relief (Civil Conspiracy) alleged in the Complaint (ECF No. 1) against Defendants Ronald Trunk and Lynne McMahon is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

LARRY R. HICKS
United States District Judge

DATED: October 13, 2021.