UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| COLPO CALDO, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RONALD TRUNK, *et al.*,<br><br>Defendants. | Case No. 3:18-CV-00289-LRH-CSD<br><br>ORDER |

The Court entered its Order ECF No. 63 granting Plaintiff Colpo Caldo's ("Caldo") motion for summary judgment as to the First Claim for Relief (Quiet Title) and Third Claim for Relief (Judicial Foreclosure) and instructed the clerk of the court to enter judgment.

On October 13, 2021, the Court granted the parties stipulation to dismiss the only remaining claim, Caldo's Second Claim for Relief (Civil Conspiracy) against Ronald Truck and Lynne McMahon (ECF No. 69). On October 12, 2021, the joint status report ECF No. 68 informed the Court that Ryan C. O'Callaghan, Trustee of the Ryan C. O'Callaghan Trust never appeared in this case and Caldo would proceed to have the clerk of the court enter default. The Court's docket shows that this case remains open and no action has been taken since October 12, 2021.

**IT IS THEREFORE ORDERED** that Caldo shall file status report with the Court as to the remaining defendant Ryan C. O'Callaghan on or before April 1, 2022.

**IT IS SO ORDERED**.

DATED this 15th day of March.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1