1

2

3

4

5

6

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9

10   COLPO CALDO, LLC, a Nevada limited
     liability company,                             3:18-cv-289-LRH-WGC

11
                              Plaintiff,            **STIPULATION TO JUDGMENT**
12   v.

13   RONALD   TRUNK;   LYNN   McMAHON;
     RYAN C. O'CALLAGHAN, Trustee of the
14   Ryan C. O'Callaghan Trust dated December 6,
     2006; UNITED STATES OF AMERICA,
15   acting through the Farm Service Agency, United
     States Department of Agriculture; and Any and
16   All Other Persons Known or Unknown
     Claiming Any Right, Title, Estate, Lien, or
17   Interest in the Property Described in the
     Complaint Adverse to Plaintiff's Interest or Any
18   Cloud Upon Plaintiff's Interest Thereto; and
     DOES I through X, inclusive,
19
                              Defendants.
20

21        COMES NOW Plaintiff, COLPO CALDO, LLC, by and through its counsel of record,

22   Matuska Law Offices, Ltd., Michael L. Matuska, and RYAN C. O'CALLAGHAN, Trustee of the

23   Ryan C. O'Callaghan Trust dated December 6, 2006, and do hereby state stipulate and agree as

24   follows:

25        1.      That RYAN C. O'CALLAGHAN accepted service of the summons and complaint

26   in the above encaptioned matter on June 14, 2018 (See Doc 77).

27        2.      That RYAN C. O'CALLAGHAN has been provided with the September 15, 2021

28   *Order* (Doc 63) and the September 16, 2021 *Judgment* (Doc 64) which *Order* and *Judgment* inter

1   alia decreed that Colpo Caldo's Deed of Trust, recorded on June 15, 2005 in the Lyon County

2   Recorder's Office as Document # 353838 ("Colpo Caldo Deed of Trust"), was not reconveyed and

3   remains a secured claim upon the at-issue property located at 7575 Iron Mountain Blvd. Silver

4   Springs, Nevada, APN 15-362-20 (the "Property").

5           3.      That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated

6   December 6, 2006, is the beneficiary of the Deed of Trust recorded on October 17, 2007 in the

7   Official Records of Lyon County, Nevada as Document No. 415425 ("O'Callaghan Deed of

8   Trust").

9           4.      That the O'Callaghan Deed of Trust has not been reconveyed.

10          5.      That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated

11  December 6, 2006, agrees to be bound by the September 15, 2021 *Order* (Doc 63) and the

12  September 16, 2021 *Judgment* (Doc 64), and agrees with the June 15, 2005 priority date of the

13  Colpo Caldo Deed of Trust decreed therein.

14          6.      That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated

15  December 6, 2006, further consents that the Colpo Caldo Deed of Trust may be foreclosed by

16  judicial foreclosure.

17          7.      That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated

18  December 6, 2006, consents to the entry of judgment in favor of Colpo Caldo as set forth above

19  and in the *Order* (Doc 63) and the *Judgment* (Doc 64).

20          8.      That RYAN C. O'CALLAGHAN is not on active duty military service.

21          9.      The *Order* (Doc 63) and *Judgment* (Doc 64) are affirmed in all respects.

22  DATED: March 25, 2022                    DATED: March 24, 2022

23
    MATUSKA LAW OFFICES, LTD.
24

25  By:                                      By:
26      MICHAEL L. MATUSKA, ESQ.                 RYAN C. O'CALLAGHAN
        Attorneys for Plaintiffs
27

28
                                        -2-

## **ORDER**

Based on the foregoing stipulation, and for good cause appearing, the stipulation shall be and is hereby adopted as the order of this Court.

IT IS HEREBY ORDERED that the motion for supplemental order re: judicial sale (ECF No. 74) is DENIED as MOOT.

IT IS FURTHER ORDERED that the Clerk of the Court shall close this case.

IT IS SO ORDERED.

Dated:  March ___25_____, 2022.

LARRY R. HICKS
United States District Judge