# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COLPO CALDO, LLC, a Nevada limited liability company,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RONALD TRUNK; LYNN McMAHON; RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006; UNITED STATES OF AMERICA, acting through the Farm Service Agency, United States Department of Agriculture; and Any and All Other Persons Known or Unknown Claiming Any Right, Title, Estate, Lien, or Interest in the Property Described in the Complaint Adverse to Plaintiff's Interest or Any Cloud Upon Plaintiff's Interest Thereto; and DOES I through X, inclusive,<br><br>　　　　　　　　　　Defendants. | 3:18-cv-289-LRH-WGC<br>　　AMENDED<br>**STIPULATION TO JUDGMENT** |

　　　　COMES NOW Plaintiff, COLPO CALDO, LLC, by and through its counsel of record, Matuska Law Offices, Ltd., Michael L. Matuska, and RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006, and do hereby state stipulate and agree as follows:

　　　　1.　　That RYAN C. O'CALLAGHAN accepted service of the summons and complaint in the above encaptioned matter on June 14, 2018 (See Doc 77).

　　　　2.　　That RYAN C. O'CALLAGHAN has been provided with the September 15, 2021 *Order* (Doc 63) and the September 16, 2021 *Judgment* (Doc 64) which *Order* and *Judgment* inter

-1-

alia decreed that Colpo Caldo's Deed of Trust, recorded on June 15, 2005 in the Lyon County Recorder's Office as Document # 353838 ("Colpo Caldo Deed of Trust"), was not reconveyed and remains a secured claim upon the at-issue property located at 7575 Iron Mountain Blvd. Silver Springs, Nevada, APN 15-362-20 (the "Property").

3. That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006, is the beneficiary of the Deed of Trust recorded on October 17, 2007 in the Official Records of Lyon County, Nevada as Document No. 415425 ("O'Callaghan Deed of Trust").

4. That the O'Callaghan Deed of Trust has not been reconveyed.

5. That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006, agrees to be bound by the September 15, 2021 *Order* (Doc 63) and the September 16, 2021 *Judgment* (Doc 64), and agrees with the June 15, 2005 priority date of the Colpo Caldo Deed of Trust decreed therein.

6. That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006, further consents that the Colpo Caldo Deed of Trust may be foreclosed by judicial foreclosure.

7. That RYAN C. O'CALLAGHAN, Trustee of the Ryan C. O'Callaghan Trust dated December 6, 2006, consents to the entry of judgment in favor of Colpo Caldo as set forth above and in the *Order* (Doc 63) and the *Judgment* (Doc 64).

8. That RYAN C. O'CALLAGHAN is not on active duty military service.

9. The *Order* (Doc 63) and *Judgment* (Doc 64) are affirmed in all respects.

DATED: March 25, 2022

MATUSKA LAW OFFICES, LTD.

By: _____
MICHAEL L. MATUSKA, ESQ.
Attorneys for Plaintiffs

DATED: March 24, 2022

By: _____
RYAN C. O'CALLAGHAN

## ORDER

Based on the foregoing stipulation, and for good cause appearing, the stipulation shall be and is hereby adopted as the order of this Court.

IT IS SO ORDERED.

Dated: March 28, 2022.

_____
LARRY R. HICKS
United States District Judge